EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York
By:     ANTHONY J. SUN
        Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2810
Email: anthony.sun@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States taxpayers who, at any time during the years ended December 31, 2014, through December 31, 2023, used the services of the Trident Trust Group, including its predecessors, subsidiaries, divisions, affiliates, and associates to establish, maintain, operate, or control any foreign financial account or other foreign asset; any foreign corporation, company, trust, foundation or other legal entity; or any foreign or domestic financial account or other asset in the name of such foreign entity. | Case No. 24 Misc. 594<br><br>**NOTICE OF FILING OF *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONSES** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting Declaration of Randy Hoozcko, the United States of America, by its attorney, Edward Y. Kim, Acting United States Attorney for the Southern District of New York, has filed this *ex parte* petition pursuant to Section 7609(f) of the Internal Revenue Code, 26 U.S.C. § 7609(f), for leave to serve Internal Revenue Service "John Doe" summonses (collectively, the "Summonses") upon FedEx Corporation; DHL Express (USA), Inc.; United Parcel Service, Inc.; the Federal Reserve Bank of New York; The Clearing House Payments Company LLC; HSBC Bank USA, National Association; The Bank of New York Mellon Corporation; Wells Fargo Bank, National

1

Association; Citibank, National Association; UBS AG; Bank of America, National Association; Deutsche Bank Trust Company Americas; and Nevis Services Limited.

The Court's determination on the United States' petition "shall be made ex parte and shall be made solely on the petition and supporting affidavits." 26 U.S.C. § 7609(h)(2). Because the pleadings filed in this proceeding will not be served upon any person or entity and no other filings are permitted from other persons or entities, this petition is ripe for the Court's consideration. The United States respectfully requests that the Court review its petition and supporting documents and enter the proposed Order at the Court's earliest opportunity.

Dated: New York, New York
   December 17, 2024

             EDWARD Y. KIM
             Acting United States Attorney for the
             Southern District of New York

      By: <u>s/ Anthony J. Sun</u>
         ANTHONY J. SUN
         Assistant United States Attorney
         86 Chambers Street, Third Floor
         New York, New York 10007
         Telephone: 212-637-2810
         Email: anthony.sun@usdoj.gov

         *Attorney for the United States of America*